## ESTATE OF WILLIAM R. DERRY.

### No. 8710—Oct. 24, 1878.

WILL.—EXECUTION OF.—Witness' signature by his mark ATTESTED BY CO-WITNESS.

One of the witnesses to a will may write the signature of his associate witness to the will when such associate witness is unable to write, and may then write his own name as a witness that such illiterate witness has attested the execution of the will by his mark.

Construing section, C. C., 1276.

*C. Halsey*, for proponent.

*J. M. Allen*, for contestant.

One of the witnesses to the will did not write his name, being uneducated.  The other witness, besides signing as a witness to the will, wrote the name of his associate witness, and wrote his own name as a witness to the mark of the associate.

Held, this is a good witnessing of the will.